UNITED STATES of America,
Plaintiff–Appellee,

v.

Andres FLORES–MARTINEZ,
Defendant–Appellant.

No. 04–51434.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 17, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

---

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Andres Flores–Martinez ("Flores") appeals from his 30–month prison sentence, following his guilty-plea conviction of illegally reentering the United States, in violation of 8 U.S.C. § 1326(a) and (b). Flores raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. Flores also concedes that his unpreserved challenge to his sentence under *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), is meritless, because he cannot show that his "substantial rights" were affected under the standard set forth in *United States v. Mares,* 402 F.3d 511, 520–21 (5th Cir.2005), *petition for cert. filed* (Mar. 31, 2005) (No. 04–9517).

The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

